# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| AGORA DIGITAL HOLDINGS, INC. | § § | Case No. 23-51490 MMP |
| Debtor | § § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/01/2023 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $    100,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 12,992.32 |
   | Bank service fees | 48.11 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 86,959.57 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/05/2024 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,250.00 , for a total compensation of $ 8,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 471.24 , for total expenses of $ 471.24 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/26/2024     By:/s/RANDOLPH N. OSHEROW
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

ASSET CASES

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 23-51490 MMP Judge: MICHAEL M. PARKER | Trustee Name: RANDOLPH N. OSHEROW |
| Case Name: | AGORA DIGITAL HOLDINGS, INC. | Date Filed (f) or Converted (c): 11/01/23 (f) |
| | | 341(a) Meeting Date: 12/07/23 |
| For Period Ending: 08/26/24 | | Claims Bar Date: 04/05/24 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA CHECKING ENDING 0103 | 6.00 | 6.00 | | 0.00 | FA |
| 2. ACCT RECEIVABLE OVER 90 DAYS OLD-void FACE AMT $151,519.00 - this amount from original schedules but not listed on amended schedules of 1/23/24, docket no. 18 | Unknown | 0.00 | | 0.00 | FA |
| 3. 100% MEMBER INTEREST IN BITSREAM MINING,LLC | Unknown | 0.00 | | 5,000.00 | FA |
| 4. OFFICE FURNITURE LOCATED IN SOUTH CAROLINA FACE VALUE $34,111.00 | Unknown | 0.00 | | 5,000.00 | FA |
| 5. NOTE RECEIVABLE FROM TREND VENTURES, LP FACE AMOUNT $4,527,192.00 | Unknown | 0.00 | | 90,000.00 | FA |

TOTALS (Excluding Unknown Values)     $6.00     $6.00     $100,000.00     Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

341 reset to 1/19 at 9am

waiting to complete 341 meetingJanuary 04, 2024, 12:28 pm

Initial Projected Date of Final Report (TFR): 12/31/24     Current Projected Date of Final Report (TFR): 12/31/24

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 23-51490 -MMP | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|
| Case Name: | AGORA DIGITAL HOLDINGS, INC. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******2131 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0596 | | |
| For Period Ending: | 08/26/24 | Blanket Bond (per case limit): | $ 197,925,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/21/24 | | GREEN ELEPHANT HOLDINGS, LLC<br>1718 CAPITOL AVE.<br>CHEYENNE, WY 82001 | DEPOSIT ON ASSET PURCHASE | 1129-000 | 10,000.00 | | 10,000.00 |
| 02/21/24 | 5 | Asset Sales Memo: | NOTE RECEIVABLE FROM TREND VENTURES, LP  $10,000.00 03/26/2024, DOC. #26 - Order Regarding (related document(s): 22 Motion for Authority to Sell Assets Pursuant to 11 U.S.C. Section 363(f) (Note, Office Furniture, and Ownership Interest in Bitstream Mining, LLC), (WITH 21 Day Objection Language) (Filing Fee: $199.00) filed by Brian Talbot Cumings for Trustee Randolph N Osherow. (Attachments: #(1) Exhibit Green Elephant APA #(2) Exhibit Kratos APA #(3) Proposed Order Granting Motion #(4) Appendix Service List)(Cumings, Brian) Modified on 2/27/2024 .) (Order entered on 3/26/2024) (McGee, Maxine) | | | | 10,000.00 |
| 02/22/24 | | KRATOS MINING, LLC<br>PO BOX 483<br>CHALFONT, PA 18914 | DEPOSIT ON ASSET PURCHASE 03/26/2024, DOC. #26 - Order Regarding (related document(s): 22 Motion for Authority to Sell Assets Pursuant to 11 U.S.C. Section 363(f) (Note, Office Furniture, and Ownership Interest in Bitstream Mining, LLC), (WITH 21 Day Objection Language) (Filing Fee: $199.00) filed by Brian Talbot Cumings for Trustee Randolph N Osherow. (Attachments: #(1) Exhibit Green Elephant APA #(2) Exhibit Kratos APA #(3) Proposed Order Granting Motion #(4) Appendix Service List)(Cumings, Brian) Modified on 2/27/2024 .) (Order entered on 3/26/2024) (McGee, Maxine) | 1129-002 | 1,000.00 | | 11,000.00 |
| 04/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.15 | 10,987.85 |
| 04/19/24 | | KRATOS MINING LLC<br>PO BOX 483<br>CHALFONT, PA 18914-0483 | SELL OF BITSTREAM AND OFFICE FURN. | 1129-000 | 10,000.00 | | 20,987.85 |
| 04/19/24 | 3 | Asset Sales Memo: | 100% MEMBER INTEREST IN BITSREAM MINING,LLC  $5,000.00 | | | | 20,987.85 |
| 04/19/24 | 4 | Asset Sales Memo: | OFFICE FURNITURE LOCATED IN SOUTH CAROLINA  $5,000.00 03/26/2024, DOC. #26 - Order Regarding (related document(s): 22 Motion for Authority to Sell Assets Pursuant to 11 U.S.C. Section 363(f) (Note, Office Furniture, and Ownership Interest in Bitstream Mining, LLC), (WITH 21 Day Objection Language) (Filing Fee: $199.00) filed by Brian Talbot Cumings for Trustee Randolph N Osherow. (Attachments: #(1) Exhibit Green Elephant APA #(2) Exhibit Kratos APA #(3) Proposed Order Granting Motion #(4) Appendix Service List)(Cumings, Brian) Modified on | | | | 20,987.85 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 23-51490 -MMP | Trustee Name: | RANDOLPH N. OSHEROW |
| --- | --- | --- | --- |
| Case Name: | AGORA DIGITAL HOLDINGS, INC. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******2131 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0596 | | |
| For Period Ending: | 08/26/24 | Blanket Bond (per case limit): | $ 197,925,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/24/24 | | GREEN ELEPHANT HOLDINGS 1718 CAPITOL AVE. CHEYENNE, WY 82001-4528 | 2/27/2024 .) (Order entered on 3/26/2024) (McGee, Maxine) SALE OF TREND VENTURES, LP | 1129-000 | 80,000.00 | | 100,987.85 |
| 04/24/24 | 5 | Asset Sales Memo: | NOTE RECEIVABLE FROM TREND VENTURES, LP $80,000.00 03/26/2024, DOC. #26 - Order Regarding (related document(s): 22 Motion for Authority to Sell Assets Pursuant to 11 U.S.C. Section 363(f) (Note, Office Furniture, and Ownership Interest in Bitstream Mining, LLC), (WITH 21 Day Objection Language) (Filing Fee: $199.00) filed by Brian Talbot Cumings for Trustee Randolph N Osherow. (Attachments: #(1) Exhibit Green Elephant APA #(2) Exhibit Kratos APA #(3) Proposed Order Granting Motion #(4) Appendix Service List)(Cumings, Brian) Modified on 2/27/2024 .) (Order entered on 3/26/2024) (McGee, Maxine). | | | | 100,987.85 |
| 05/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 35.96 | 100,951.89 |
| * 05/09/24 | 002001 | KRATOS MINING, LLC 26100 AMERICAN DR. SUITE 500 SOUTHFIELD, MI 48034 | REIMBURSE EARNEST MONEY 05/08/2024, Doc. 33 - Trustee's Advisory to the Court( refund to Kratos Mining, LLC of $1000.00) (Osherow, Randolph) (related document(s): 26 Order Regarding (related document(s): 22 Motion for Authority to Sell Assets Pursuant to 11 U.S.C. Section 363(f) (Note, Office Furniture, and Ownership Interest in Bitstream Mining, LLC), (WITH 21 Day Objection Language) (Filing Fee: $199.00) filed by Brian Talbot Cumings for Trustee Randolph N Osherow. (Attachments: #(1) Exhibit Green Elephant APA #(2) Exhibit Kratos APA #(3) Proposed Order Granting Motion #(4) Appendix Service List)(Cumings, Brian) Modified on 2/27/2024.) (Order entered on 3/26/2024). | 1129-004 | -1,000.00 | | 99,951.89 |
| * 05/28/24 | 002002 | GRAVES DOUGHERTY HEARON & MOODY PC 401 CONGRESS AVE., SUITE 2700 AUSTIN, TX 78701 | ATTORNEY FEES: $12,985.32 05/28/2024, DOC #35 - Order Approving Compensation for Brian Talbot Cumings of Graves Dougherty Hearing & Moody, PC in the represenation of Trustee Chapter 7, Period: 11/28/2023 to 4/25/2024, Expenses awarded: $12992.32; Awarded on 5/28/2024 (related document(s): 30 Application for Allowance of Compensation for Services Rendered Fees in the amount of $12,985.00 and Expenses in the amount of $7.32 filed by Brian Talbot Cumings for Attorney Graves Dougherty Hearon & Moody, P.C. (Order entered on 5/28/2024) (Hardage, Bridget) | 3210-003 | | 12,985.32 | 86,966.57 |
| * 05/28/24 | 002002 | GRAVES DOUGHERTY HEARON & | ATTORNEY FEES: $12,985.32 | 3210-003 | | -12,985.32 | 99,951.89 |

PFORM2T4  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Ver: 22.07l

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 23-51490 -MMP | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|
| Case Name: | AGORA DIGITAL HOLDINGS, INC. | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******2131 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0596 | | |
| For Period Ending: | 08/26/24 | Blanket Bond (per case limit): | $ 197,925,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/24 | 002003 | MOODY PC<br>401 CONGRESS AVE., SUITE 2700<br>AUSTIN, TX 78701<br>GRAVES DOUGHERTY HEARON & MOODY PC<br>401 CONGRESS AVE., SUITE 2700<br>AUSTIN, TX 78701 | WRONG AMOUNT ENTERED.<br><br>ATTORNEY FEES<br>05/28/2024, DOC #35 - Order Approving Compensation for Brian Talbot Cumings of Graves Dougherty Hearing & Moody, PC in the represenation of Trustee Chapter 7, Period: 11/28/2023 to 4/25/2024, Expenses awarded: $12992.32; Awarded on 5/28/2024 (related document(s): 30 Application for Allowance of Compensation for Services Rendered Fees in the amount of $12,985.00 and Expenses in the amount of $7.32 filed by Brian Talbot Cumings for Attorney Graves Dougherty Hearon & Moody, P.C. (Order entered on 5/28/2024) (Hardage, Bridget) | 3210-000 | | 12,985.00 | 86,966.89 |
| 05/28/24 | 002004 | GRAVES DOUGHERTY HEARON & MOODY PC<br>401 CONGRESS AVE., SUITE 2700<br>AUSTIN, TX 78701 | ATTORNEY EXPENSES<br>05/28/2024, DOC #35 - Order Approving Compensation for Brian Talbot Cumings of Graves Dougherty Hearing & Moody, PC in the represenation of Trustee Chapter 7, Period: 11/28/2023 to 4/25/2024, Expenses awarded: $12992.32; Awarded on 5/28/2024 (related document(s): 30 Application for Allowance of Compensation for Services Rendered Fees in the amount of $12,985.00 and Expenses in the amount of $7.32 filed by Brian Talbot Cumings for Attorney Graves Dougherty Hearon & Moody, P.C. (Order entered on 5/28/2024) (Hardage, Bridget) | 3220-000 | | 7.32 | 86,959.57 |
| * 06/21/24 | 002001 | KRATOS MINING, LLC<br>26100 AMERICAN DR. SUITE 500<br>SOUTHFIELD, MI 48034 | Stop Payment Reversal<br>STOP PAYMENT | 1129-004 | 1,000.00 | | 87,959.57 |
| * 06/27/24 | 002005 | KRATOS MINING, LLC | REIMBURSEMENT EARNEST MONEY REPLACES LOST CHECK #2001<br>05/08/2024, Doc. 33 - Trustee's Advisory to the Court( refund to Kratos Mining, LLC of $1000.00) (Osherow, Randolph) (related document(s): 26 Order Regarding (related document(s): 22 Motion for Authority to Sell Assets Pursuant to 11 U.S.C. Section 363(f) (Note, Office Furniture, and Ownership Interest in Bitstream Mining, LLC), (WITH 21 Day Objection Language) (Filing Fee: $199.00) filed by Brian Talbot Cumings for Trustee Randolph N Osherow. (Attachments: #(1) Exhibit Green Elephant APA #(2) Exhibit Kratos APA #(3) Proposed Order Granting Motion #(4) Appendix Service List)(Cumings, Brian) Modified on 2/27/2024.) (Order entered on 3/26/2024). | 1129-004 | -1,000.00 | | 86,959.57 |
| * 07/19/24 | 002005 | KRATOS MINING, LLC | Stop Payment Reversal | 1129-004 | 1,000.00 | | 87,959.57 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 23-51490 -MMP |
| Case Name: | AGORA DIGITAL HOLDINGS, INC. |
| Taxpayer ID No: | *******0596 |
| For Period Ending: | 08/26/24 |

| | |
|---|---|
| Trustee Name: | RANDOLPH N. OSHEROW |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******2131 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 197,925,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/24 | 002006 | KRATOS MINING, LLC | STOP PAYMENT REIMBURSEMENT EARNEST MONEY 05/08/2024, Doc. 33 - Trustee's Advisory to the Court( refund to Kratos Mining, LLC of $1000.00) (Osherow, Randolph) (related document(s): 26 Order Regarding (related document(s): 22 Motion for Authority to Sell Assets Pursuant to 11 U.S.C. Section 363(f) (Note, Office Furniture, and Ownership Interest in Bitstream Mining, LLC), (WITH 21 Day Objection Language) (Filing Fee: $199.00) filed by Brian Talbot Cumings for Trustee Randolph N Osherow. (Attachments: #(1) Exhibit Green Elephant APA #(2) Exhibit Kratos APA #(3) Proposed Order Granting Motion #(4) Appendix Service List)(Cumings, Brian) Modified on 2/27/2024.) (Order entered on 3/26/2024). | 1129-000 | -1,000.00 | | 86,959.57 |

| Account ******2131 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 8 | Deposits | 100,000.00 | 9 | Checks | 12,992.32 |
| 0 | Interest Postings | 0.00 | 2 | Adjustments Out | 48.11 |
| | Subtotal | $ 100,000.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 13,040.43 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 100,000.00 | | | |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | Date: August 26, 2024 |

Case Number: 23-51490  
Debtor Name: AGORA DIGITAL HOLDINGS, INC.  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001 3210-00 | GRAVES DOUGHERTY HEARON & MOODY PC<br>401 CONGRESS AVE., SUITE 2700<br>AUSTIN, TX 78701 | Administrative<br>05/28/2024, DOC #35 - Order Approving Compensation for Brian Talbot Cumings of Graves Dougherty Hearing & Moody, PC in the represenation of Trustee Chapter 7, Period: 11/28/2023 to 4/25/2024, Expenses awarded: $12992.32; Awarded on 5/28/2024 (related document(s): 30 Application for Allowance of Compensation for Services Rendered Fees in the amount of $12,985.00 and Expenses in the amount of $7.32 filed by Brian Talbot Cumings for Attorney Graves Dougherty Hearon & Moody, P.C. (Order entered on 5/28/2024) (Hardage, Bridget) | $12,985.00 | $12,985.00 | $0.00 |
| | | 7632100002131    05/28/24    2003    12,985.00 | | | |
| 001 3220-00 | GRAVES DOUGHERTY HEARON & MOODY PC<br>401 CONGRESS AVE., SUITE 2700<br>AUSTIN, TX 78701 | Administrative<br>05/28/2024, DOC. #35 - Order Approving Compensation for Brian Talbot Cumings of Graves Dougherty Hearing & Moody, PC in the represenation of Trustee Chapter 7, Period: 11/28/2023 to 4/25/2024, Expenses awarded: $12992.32; Awarded on 5/28/2024 (related document(s): 30 Application for Allowance of Compensation for Services Rendered Fees in the amount of $12,985.00 and Expenses in the amount of $7.32 filed by Brian Talbot Cumings for Attorney Graves Dougherty Hearon & Moody, P.C. (Order entered on 5/28/2024) (Hardage, Bridget) | $7.32 | $7.32 | $0.00 |
| | | 7632100002131    05/28/24    2004    7.32 | | | |
| | Subtotal for Class Administrative | | $12,992.32 | $12,992.32 | $0.00 |
| 000001 070 7100-00 | Daniel Koehler<br>213 Sunshadow Dr.<br>Lockhart, TX 78644-213 | Unsecured<br>This claim is disallowed in its entirety as per order dkt#26, 3/26/24. | $0.00 | $0.00 | $0.00 |
| 000002 070 7100-00 | Print Crypto, Inc.<br>c/o Stephen Buckle<br>1401 Lavaca Street, Suite 515<br>Austin, TX 78701 | Unsecured<br>(2-1) Services and equipment | $256,733.28 | $0.00 | $256,733.28 |
| | Subtotal for Class Unsecured | | $256,733.28 | $0.00 | $256,733.28 |
| | Case Totals: | | $269,725.60 | $12,992.32 | $256,733.28 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-51490 MMP
Case Name: AGORA DIGITAL HOLDINGS, INC.
Trustee Name: RANDOLPH N. OSHEROW

Balance on hand $ 86,959.57

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RANDOLPH N. OSHEROW | $ 8,250.00 | $ 0.00 | $ 8,250.00 |
| Trustee Expenses: RANDOLPH N. OSHEROW | $ 471.24 | $ 0.00 | $ 471.24 |
| Attorney for Trustee Fees: GRAVES DOUGHERTY HEARON & MOODY PC | $ 12,985.00 | $ 12,985.00 | $ 0.00 |
| Attorney for Trustee Expenses: GRAVES DOUGHERTY HEARON & MOODY PC | $ 7.32 | $ 7.32 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 8,721.24
Remaining Balance $ 78,238.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 256,733.28 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Daniel Koehler | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Print Crypto, Inc. | $ 256,733.28 | $ 0.00 | $ 78,238.33 |
| | Total to be paid to timely general unsecured creditors | | | $ 78,238.33 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE